UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 15-06930 DDP (GJSx)                                   Dated: November 10, 2015

Title:      SEVAG YARALIAN -v- HOME DEPOT U.S.A., INC.
==================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

      John A. Chambers                               None Present
      Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

      None                                           None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF SEVAG YARALIAN (DOCKET NUMBER 15) set for November 16, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

MINUTES FORM 11                                              Initials of Deputy Clerk: JAC
CIVIL -- GEN